IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO RIVERA and ARACELY RIVERA,

    Plaintiffs,

  v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

                                             /

No. C 05-01401 WHA

**ORDER STAYING CASE UNTIL OCTOBER 13, 2005 AND SETTING CASE MANAGEMENT CONFERENCE**

    This case is **STAYED** for all purposes until at least the time of the case management conference, now set for **OCTOBER 13, 2005, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: July 8, 2005.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE