IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIVERA and ARACELY RIVERA, | No. C 05-01401 WHA |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

The case management conference, currently scheduled for **OCTOBER 13, 2005, AT 11:00 A.M.**, will be held on **OCTOBER 13, 2005, AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: October 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE