IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIVERA and ARACELY RIVERA,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant.<br> / | No. C 05-01401 WHA<br><br>**ORDER STAYING CASE UNTIL MARCH 16, 2006 AND SETTING CASE MANAGEMENT CONFERENCE** |

This case is **STAYED** for all purposes until at least the time of the case management conference, now set for **MARCH 16, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 19, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE