IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIVERA and ARACELY RIVERA, | No. C 05-01401 WHA |
| Plaintiffs, | |
| v. | **ORDER EXTENDING STAY AND SETTING NEW CASE MANAGEMENT CONFERENCE** |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

The stipulation to extend the stay of this case is **GRANTED**. A new case management conference is set for **APRIL 27, 2006, AT 11:00 A.M.** Please submit a joint case management statement no later than seven days prior.

**IT IS SO ORDERED.**

Dated: March 16, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE