ROBERT F. CAMPBELL (State Bar No. 136153)
2831 Telegraph Avenue
Oakland, California 94609
Telephone: (510) 835-1948
Facsimile: (510) 835-2418

Attorney for Plaintiffs
PEDRO AND ARACELY RIVERA


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIVERA and ARACELY RIVERA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. C 05-01401 WHA<br>[Related to Case No. C 01-03000 WHA]<br><br>STIPULATED REQUEST AND <s>[PROPOSED]</s> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY OF ACTION |

The Court previously stayed this action pending resolution of the appeal in the related case of *Rivera v. Allstate*, case No. C 01-3000 WHA. At the last case management conference, the Court ordered counsel to return for a further case management conference on February 1, 2007. The Ninth Circuit recently scheduled for February 13, 2007 the hearing on the appeal of the related case.

Anticipating a relatively prompt decision from the Ninth Circuit following the February 13 hearing, the parties hereby submit this stipulated request to continue the February 1 case management conference for sixty days, and keep the stay in effect until at least that time.

IT IS SO STIPULATED.

Dated: January 23, 2007

By /s/
ROBERT F. CAMPBELL

Attorney for Plaintiffs
PEDRO RIVERA and ARACELY RIVERA

Dated: January 23, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/
JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: January 24, 2007

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE

-2-
Stip. Request & Prop. Order to Continue CMC & Stay
Case No. C 01-01401 WHA