Robert F. Campbell (CSBN 136153)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 835-1948
Facsimile: (510) 835-2418
E-mail      bobcampbell7@earthlink.net

Attorney for Plaintiffs
Pedro Rivera and Aracely Rivera

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:      cmellema@sonnenschein.com
            jbutler@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RIVERA and ARACELY RIVERA  No. C 05-01401 WHA | |
| Plaintiffs, | STIPULATION FOR DISMISSAL AND PROPOSED ORDER |
| vs. | |
| ALLSTATE INSURANCE COMPANY | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action is DISMISSED in its entirety.

IT IS SO STIPULATED.

Dated:   March 30, 2007

_____
Robert F. Campbell
Attorney for Plaintiffs
Pedro and Aracely Rivera

Stipulation for Dismissal and Proposed Order, Case No. C 05-01401                                    1

| | | |
|---|---|---|
| 1 | Dated: March 30, 2007 | SONNENSCHEIN NATH & ROSENTHALL LLP |
| 2 | | |
| 3 | | Jeffry Butler<br>Attorneys for Defendant |
| 4 | | Allstate Insurance Company |

IT IS SO ORDERED

Dated: April 2, 2007

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

Stipulation for Dismissal and Proposed Order, Case No. C 05-01401

2